Kevin Hughey, SBN 197323
Kristin A. Blocher, SBN 283730
Galen M. Gentry, SBN 308873
HUGHEY LAW GROUP
A Professional Corporation
520 9th Street, Suite 102
Sacramento, California 95814
Telephone: 916.596.0003
Facsimile: 916.596.0003
khughey@hugheylawgroup.com
kblocher@hugheylawgroup.com
ggentry@hugheylawgroup.com

Attorneys for Defendants

Matthew J. Oppenheim (Lead trial counsel)
Julie C. Chen (155625)
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Avenue NW, Suite 503
Washington, DC 20015
(202) 480-2999 Telephone
(866) 766-1678 Facsimile
matt@oandzlaw.com
julie@oandzlaw.com

Naomi Jane Gray, SBN 230171
HARVEY SISKIND LLP
4 Embarcadero Center, 39th Floor
San Francisco, CA 94111
(415) 354-0100 Telephone
(415) 391-7124 Facsimile
ngray@harveysiskind.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| CENGAGE LEARNING, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVIS TEXTBOOKS, ALI SHERALI, and SHAHNAWAZ SHERALI, <br><br> Defendants. | Case No. 2:15-CV-02401-TLN-AC <br><br> **ORDER APPROVING *EX PARTE* APPLICATION FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF AND DISPOSITIVE MOTION DEADLINES** <br><br> **Trial Date: July 10, 2017** |

The Court, having reviewed the parties' Stipulation for Modification of the Pretrial Scheduling Order to Extend Discovery Cut-Off and Dispositive Motion Deadlines and the parties' Joint Ex Parte Application for Modification of the Pretrial Scheduling Order to Extend Discovery Cut-Off and Dispositive Motion Deadlines, and good cause appearing therefor,

IT IS HEREBY ORDERED, that the Pre-Trial Scheduling Order, dated March 23, 2016, is modified as follows:

1. Percipient discovery deadline be extended from June 30 to September 30, 2016;
2. Expert disclosure deadline be extended from September 1 to November 1, 2016; and
3. Dispositive motion deadline be extended from January 12 to February 12, 2017.

Dated: June 7, 2016

_____
Troy L. Nunley
United States District Judge