UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENGAGE LEARNING, INC., | No. 2:15-cv-2401 TLN AC |
| Plaintiff, | |
| v. | ORDER |
| DAVIS TEXTBOOKS, ALI SHERALI, and SHAHNAWAZ SHERALI, | |
| Defendants. | |

Plaintiff has filed an *ex parte* application (ECF No. 50) to continue the hearing on defendants' Motion To Compel (ECF No. 49). The hearing is currently scheduled to be heard on August 17, 2016, and plaintiff requests that the hearing be continued to August 31, 2016.

IT IS HEREBY ORDERED that defendants shall file and serve a response to plaintiff's application no later than Monday, August 8, 2016 at 4:30 p.m.

DATED: August 5, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE