UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENGAGE LEARNING, INC., | No. 2:15-cv-2401 TLN AC |
| Plaintiff, | |
| v. | ORDER |
| DAVIS TEXTBOOKS, ALI SHERALI, and SHAHNAWAZ SHERALI, | |
| Defendants. | |

Plaintiff has filed an *ex parte* application (ECF No. 50) to continue the hearing on defendants' Motion To Compel (ECF No. 49). The motion is currently scheduled to be heard on August 17, 2016, and plaintiff requests that the hearing be continued to August 31, 2016.

Defendants object to the requested extension, asserting that the September 30, 2016 discovery cut-off is fast approaching. ECF Nos. 52, 53. Defendants state that if an extension is granted, it should be for only one week, to August 24, 2016. Plaintiff asserts that its counsel is unavailable on August 17, 2016 due to prior commitments. ECF No. 50.

Having considered the positions of both parties, IT IS HEREBY ORDERED that the Motion To Compel (ECF No. 49) is CONTINUED to August 24, 2016 at 10:00 a.m.

DATED: August 9, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE