NAOMI JANE GRAY (SBN 197323)
SHADES OF GRAY LAW GROUP, P.C.
548 Market Street, #18014
San Francisco, California 95814
Telephone: (415) 746-9260
Facsimile: (415) 968-4328
ngray@shadesofgray.law

MATTHEW J. OPPENHEIM
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Avenue NW, Suite 503
Washington, DC 20015
(202) 480-2999 Telephone
(866) 766-1678 Facsimile
matt@oandzlaw.com

Attorneys for Plaintiff

Kevin Hughey, SBN 197323
Kristin A. Blocher, SBN 283730
Galen M. Gentry, SBN 308873
HUGHEY LAW GROUP
A Professional Corporation
520 9th Street, Suite 102
Sacramento, California 95814
Telephone: 916.596.0003
Facsimile: 916.596.0003
khughey@hugheylawgroup.com
kblocher@hugheylawgroup.com
ggentry@hugheylawgroup.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| CENGAGE LEARNING, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVIS TEXTBOOKS, ALI SHERALI, and SHAHNAWAZ SHERALI, <br><br> Defendants. | Case No. 2:15-CV-02401-TLN-AC <br><br> **STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF AND REMAINING DEADLINES** <br><br> **TRIAL DATE:  July 10, 2017** |

Plaintiff Cengage Learning, Inc. and Defendants Davis Textbooks, Ali Sherali, and Shahnawaz Sherali, through their respective attorneys of record, hereby stipulate to modification of the Court's June 9, 2016 Scheduling Order [Docket No. 44] as set forth below.

WHEREAS, Plaintiff filed its Complaint in the United States District Court, Northern District of Illinois, Eastern Division, Case No. 1:15-cv-08117 on September 15, 2015;

WHEREAS, the matter was transferred to this Court on November 18, 2015 [Docket No. 30];

WHEREAS, a Pre-trial Scheduling Order of March 23, 2016, set the following dates;

1. June 30, 2016: Discovery cut-off;
2. September 1, 2016: Disclosure of expert witnesses;
3. January 12, 2017: Dispositive motions; and
4. July 10, 2017: Trial.

WHEREAS, on June 9, 2016 the Court granted the parties' first application for modification of the Pre-Trial Scheduling Order to extend the discovery cut-off, disclosure of expert witness and dispositive motion deadlines as follows:

1. September 30, 2016: Discovery cut-off;
2. November 1, 2016: Disclosure of expert witnesses; and
3. February 12, 2017: Dispositive motions.

WHEREAS, the parties have been involved in discovery disputes necessitating the involvement of the Court, which have impacted the parties' ability to complete discovery and party and non-party depositions by the September 30, 2016 deadline.

WHEREAS, the parties have agreed to extend the deadlines for discovery cut-off, disclosure of expert witnesses and dispositive motions and remaining deadlines.

NOW THEREFORE, the parties hereby stipulate and agree as follows:

1. To extend percipient discovery cut-off from September 30, 2016 to November 30, 2016.
2. To extend disclosure of expert witness deadline from November 1, 2016 to January 6, 2017.
3. To extend the dispositive motion hearing date from February 12, 2017 to April 6, 2017.

4. To extend the final pretrial conference from May 4, 2017 to **July 27, 2017 at 2:00 p.m.**

5. To extend the trial date from July 10, 2017 to October 16, 2017 at 9:00 a.m.

Dated: September 12, 2016

SHADES OF GRAY LAW GROUP, P.C.
NAOMI JANE GRAY

_____/s/_____
Naomi Jane Gray
Attorney for Plaintiff
Cengage Learning, Inc.

Dated: September 12, 2016

OPPENHEIM + ZEBRAK, LLP

*/s/*_____
Matthew J. Oppenheim
Attorneys for Plaintiff

Dated: September 12, 2016

HUGHEY LAW GROUP

*/s/ Galen M. Gentry*_____

Kevin Hughey
Kristin A. Blocher
Galen M. Gentry
Attorneys for Defendants

IT IS SO ORDERED.

Dated: September 13, 2016

_____
Troy L. Nunley
United States District Judge

---

3

STIPULATION FOR MOFDIFICATION OF SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF
AND REMAINING DEADLINES