NAOMI JANE GRAY (SBN 197323)
SHADES OF GRAY LAW GROUP, P.C.
548 Market Street, #18014
San Francisco, California 95814
Telephone:  (415) 746-9260
Facsimile: (415) 968-4328
ngray@shadesofgray.law

MATTHEW J. OPPENHEIM
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Avenue NW, Suite 503
Washington, DC 20015
(202) 480-2999 Telephone
(866) 766-1678 Facsimile
matt@oandzlaw.com

Attorneys for Plaintiff

Kevin Hughey, SBN 197323
Galen M. Gentry, SBN 308873
HUGHEY LAW GROUP
A Professional Corporation
520 9th Street, Suite 102
Sacramento, California 95814
Telephone: 916.596.0003
Facsimile: 916.596.0003
khughey@hugheylawgroup.com
ggentry@hugheylawgroup.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| CENGAGE LEARNING, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVIS TEXTBOOKS, ALI SHERALI, and SHAHNAWAZ SHERALI,<br><br>　　　　Defendants. | Case No. 2:15-CV-02401-TLN-AC<br><br>**STIPULATION AND ORDER  FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF AND DISPOSITIVE MOTION DEADLINES**<br><br>**TRIAL DATE:  October 16, 2017** |

Plaintiff Cengage Learning, Inc. and Defendants Davis Textbooks, Ali Sherali, and Shahnawaz Sherali, through their respective attorneys of record, hereby stipulate to modification of the Court's September 14, 2016 Scheduling Order [Docket No. 70] as set forth below.

WHEREAS, Plaintiff filed its Complaint in the United States District Court, Northern District of Illinois, Eastern Division, Case No. 1:15-cv-08117 on September 15, 2015;

WHEREAS, the matter was transferred to this Court on November 18, 2015 [Docket No. 30];

WHEREAS, a Pre-trial Scheduling Order of March 23, 2016, set the following dates;

1. June 30, 2016: Discovery cut-off;
2. September 1, 2016: Disclosure of expert witnesses;
3. January 12, 2017: Dispositive motions; and
4. July 10, 2017: Trial.

WHEREAS, on June 9, 2016, the Court granted the parties' first application for modification of the Pre-Trial Scheduling Order to extend the discovery cut-off, disclosure of expert witness and dispositive motion deadlines as follows:

1. September 30, 2016: Discovery cut-off;
2. November 1, 2016: Disclosure of expert witnesses; and
3. February 12, 2017: Dispositive motions.

WHEREAS, on September 14, 2016, the Court approved the parties' stipulation for modification of the Pre-Trial Scheduling Order to extend the discovery cut-off, disclosure of expert witness and dispositive motion deadlines as well as the final pre-trial conference date and the trial date as follows:

1. November 30, 2016: Discovery cut-off;
2. January 6, 2017: Disclosure of expert witnesses;
3. April 6, 2017: Dispositive motions;
4. July 27, 2017: Final pre-trial conference; and
5. October 16, 2017: Trial date.

WHEREAS, the parties have engaged in good-faith settlement negotiations for the past two months and, in view of the substantial fees and costs that would be incurred by each party in conducting further discovery (including party and non-party depositions), the parties have refrained from moving forward with discovery while such settlement discussions are pending;

WHEREAS, the parties have been unable to agree on settlement terms prior to the existing November 30, 2016 discovery cut-off;

WHEREAS, the parties anticipate that certain discovery and disputes will need to be presented to the Court and Plaintiff will seek leave to amend the complaint to add additional titles;

WHEREAS, in light of the above, the parties have agreed to extend the deadlines for discovery cut-off, disclosure of expert witnesses and dispositive motions as well as the final pre-trial conference and the trial date.

NOW THEREFORE, the parties hereby stipulate and agree as follows:

1. To extend percipient discovery cut-off from November 30, 2016 to February 28, 2017.
2. To extend disclosure of expert witness deadline from January 6, 2017 to March 13, 2017.
3. To extend the dispositive motion hearing date from April 6, 2017 to June 15, 2017.
4. To extend the final pretrial conference from July 27, 2017 to October 5, 2017 at 2:00 p.m.
5. To extend the trial date from October 16, 2017 to January 16, 2018 at 9:00 a.m.

Dated: November 30, 2016                    SHADES OF GRAY LAW GROUP, P.C.
                                            NAOMI JANE GRAY

                                            */s/ Naomi Jane Gray*
                                            Naomi Jane Gray
                                            Attorney for Plaintiff
                                            Cengage Learning, Inc.

3

STIPULATION FOR MODIFICATION OF SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF
AND DISPOSITIVE MOTION DEADLINE

Dated: November 30, 2016            OPPENHEIM + ZEBRAK, LLP

                                                                                */s/ Matthew J. Oppenheim*
                                                                                Matthew J. Oppenheim
                                                                                Julie Chen
                                                                                Attorneys for Plaintiff

Dated: November 30, 2016            HUGHEY LAW GROUP

                                                                                */s/ Galen M. Gentry*
                                                                                Kevin Hughey
                                                                                Galen M. Gentry
                                                                                Attorneys for Defendants

IT IS SO ORDERED.

Dated: December 5, 2016

_____
Troy L. Nunley
United States District Judge

STIPULATION FOR MODIFICATION OF SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF AND DISPOSITIVE MOTION DEADLINE